IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| NATHAN ROLFS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF GREAT FALLS; CASCADE COUNTY; LANCE SOUZA; JOSH GARNER; KIRSIT KINSEY; JONATHAN MARSHALL; JACOB VANZUYT; DOES 1-10; AN DCORPORATONS A-J,<br><br>　　　　Defendants. | CV-25-07-GF-JTJ<br><br>ORDER |

　　　　Defendants, Cascade County and Jacob Vanzuyt (County Defendants) filed a Motion for Partial Summary Judgment Regarding Qualified Immunity, Statutory Immunity and *Monell* claim. (Doc. 29.) Plaintiff filed a response conceding to this motion. (Doc. 52).

　　　　Accordingly,

　　　　IT IS ORDERED that County Defendants' Motion for Partial Summary Judgment Regarding Qualified Immunity, Statutory Immunity and *Monell* claim is **GRANTED.**

DATED this 4th day of December 2025.

_____
John Johnston
United States Magistrate Judge