IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| NATHAN ROLFS,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF GREAT FALLS; CASCADE COUNTY; LANCE SOUZA; JOSH GARNER; KIRSIT KINSEY; JONATHAN MARSHALL; JACOB VANZUYT; DOES 1-10; AN DCORPORATONS A-J,<br><br>Defendants. | CV-25-07-GF-JTJ<br><br>ORDER |

Defendants, Cascade County and Jacob Vanzuyt (County Defendants) filed a Motion for Partial Summary Judgment Regarding Count III, Negligence Claim and Claim for Punitive Damages. (Doc. 32.) Plaintiff filed a response conceding to this motion. (Doc. 51).

Accordingly,

IT IS ORDERED that County Defendants' Motion for Partial Summary Judgment Regarding Count III, Negligence Claim and Claim for Punitive Damages Jackson's Motion for Emergency Injunction is **GRANTED.**

DATED this  day of December 2025.

_____
John Johnston
United States Magistrate Judge