IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| NATHAN ROLFS,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF GREAT FALLS; CASCADE COUNTY; LANCE SOUZA; JOSH GARNER; KIRSIT KINSEY; JONATHAN MARSHALL; JACOB VANZUYT; DOES 1-10; AN DCORPORATONS A-J,<br><br>    Defendants. | CV-25-07-GF-JTJ<br><br>ORDER |

Defendant, City of Great Falls (City) filed a Motion for Summary Judgment. (Doc. 35). Plaintiff Nathan Rolfs filed a response conceding that Counts I and II of his First Amend Complaint (Doc. 6) should be dismissed as against the City. (Doc. 62, pp. 3-4).

Accordingly,

IT IS ORDERED that the City's Motion for Summary Judgment (Doc. 35) regarding Counts I and II of Rolfs' First Amended Complaint is **GRANTED.**

DATED this 30th day of January 2026.

/s/ John Johnston
John Johnston
United States Magistrate Judge