IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| NATHAN ROLFS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF GREAT FALLS; CASCADE COUNTY; LANCE SOUZA; JOSH GARNER; KIRSIT KINSEY; JONATHAN MARSHALL; JACOB VANZUYT; DOES 1-10; AN DCORPORATONS A-J,<br><br>　　　　Defendants. | CV-25-07-GF-JTJ<br><br>ORDER |

　　　　Defendants Lance Souza, Josh Garner, Kristi Kinsey, Jonathan Marshall (Officers) filed a Motion for Summary Judgment. (Doc. 39). Plaintiff filed a response conceding Josh Garner and Kristi Kinsey should be dismissed from this action. (Doc. 64, p. 8). Plaintiff also conceded that Lance Souza and Jonathan Marshall should be dismissed from Count III of his First Amended Complaint. (Id.).

　　　　Accordingly,

　　　　IT IS ORDERED that Josh Garner's and Kristi Kinsey's Motions for Summary Judgment are **GRANTED.**

IT IS FURTHER ORDERED that Lance Souza's and Jonathan Marshall's Motion for Summary Judgment (Doc. 39) regarding Count III for Rolfs' First Amended Complaint is **GRANTED.**

DATED this 30th day of January 2026.

John Johnston
United States Magistrate Judge